JOSEPH WISH, Judgment Creditor, Appellant, v. FIORE MALANGONE and RAY MALANGONE, Judgment Debtors, VIRGINIA MALANGONE, STIMPSON COMPUTING SCALE COMPANY, INC., and SUPER-COLD NEW YORK COMPANY, INC., Third-Party Claimants, Respondents.— Proceeding instituted in 1938 in the City Court of Yonkers, pursuant to the provisions of section 696 of the Civil Practice Act, as added by chapter 352 of the Laws of 1936, to determine the title to personal property, the subject of a levy by a constable of that city, under an execution issued upon a judgment recovered in that court. Order of the County Court of Westchester County, reversing orders of the City Court of Yonkers denying claims of Super-Cold New York Company, Inc., Stimpson Computing Scale Company, Inc., and Virginia Malangone, respectively, ordering that those claims to personal property levied upon pursuant to the execution be in all respects made superior to the lien of the levy made thereunder, and directing the clerk of the City Court of Yonkers to enter judgment in favor of the respondents and against the appellant with costs and disbursements to be taxed as allowable under the Act for the City Court of Yonkers, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

## FOURTH DEPARTMENT, JUNE, 1940.
### (June 5, 1940.)

FLAH & Co., INC., Respondent, v. BOYD DUDLEY, JR., Appellant.— Order of Onondaga County Court and judgment of Syracuse Municipal Court reversed on the facts and a new trial granted in the Municipal Court, with costs to the appellant to abide the event. Memorandum: We think the verdict for the plaintiff was against the weight of the evidence. Plaintiff's letter of April 21, 1938, to Miss Dudley corroborates the defendant's contention that the coat was not returned for storage as claimed by the plaintiff and that the coat was not Persian lamb as represented. We also think the trial court erred in holding as matter of law that the defendant had accepted the coat. (See *Angerosa* v. *White Company*, 248 App. Div. 425, 434; affd., 275 N. Y. 524.) All concur, except Taylor and McCurn, JJ., who dissent and vote for affirmance. (The order of the Onondaga County Court affirms a judgment of the Syracuse Municipal Court in favor of plaintiff in an action to recover the value of goods sold and delivered.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

EDWARD I. LEVY, Appellant, v. ASHTON E. LISCUM and BETTER ICE CREAM Co., INC., Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendants in an action to recover the value of merchandise sold and delivered, and to recover the balance due on a promissory note.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.